```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eric Johnson,

                         Plaintiff,

      -against-

Ray Tennyson et al.,

                        Defendants.

1:22-cv-05683 (JMF) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      It is hereby Ordered that, no later than Friday, January 13, 2023, Plaintiff shall file a Certificate of Service, indicating that he served Defendants at their last known addresses with his Proposed Findings of Fact and Conclusions of Law and related papers as set forth in the Court's prior Orders. (*See* 11/23/2022 Scheduling Order, ECF No. 42; 12/28/2022 Order, ECF No. 46 (granting second extension of deadline to serve/file inquest submission until January 11, 2023).)

SO ORDERED.

DATED:      New York, New York
                 January 12, 2023

                                                  _____
                                                  STEWART D. AARON
                                                  United States Magistrate Judge