UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ERIC JOHNSON,

                        Plaintiff,                    22 **CIVIL** 5683 (JMF)

        -against-                         **JUDGMENT**

RAY TENNYSON, et al.,

                        Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2023, Defendants have waived the right to object to the Report and Recommendation or to obtain appellate review. See Frank v. Johnson, 968 F.2d 298, 300 (2d Cir. 1992); see also Caidor v. Onondaga County, 517 F.3d 601 (2d Cir. 2008). Despite the waiver, the Court has reviewed the petition and the Report and Recommendation, unguided by objections, and finds the Report and Recommendation to be well reasoned and grounded in fact and law. Accordingly, the Report and Recommendation is ADOPTED in its entirety. As recommended by the Report and Recommendation, see ECF No. 55 at 15, 20, the Court will retain jurisdiction to amend the judgment; accordingly, the case is closed.

**Dated:** New York, New York
          March 31, 2023

                                                    **RUBY J. KRAJICK**

                                                      _____
                                                        **Clerk of Court**

                          **BY:**      *K. Mango*

                                                        _____
                                                        **Deputy Clerk**