UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC JOHNSON,<br><br>      Plaintiff,<br><br> - against -<br><br>RAY TENNYSON, RAY TENNYSON LLC, and AMAZING PAINT PARTY LLC,<br><br>      Defendants. | Civil Action No. 1:22-cv-05683-JMF-SDA<br><br>[~~PROPOSED~~]<br>JUDGMENT |

  The Court entered an Order on March 31, 2023, awarding Plaintiff Eric Johnson ("Plaintiff") $150,000 in statutory damages against Defendants Ray Tennyson ("Tennyson"), Ray Tennyson LLC ("RT LLC"), and Amazing Paint Party LLC ("APP") (collectively, "Defendants"), jointly and severally, under the Copyright Act; $35,000 in statutory damages against Tennyson and APP under the DMCA; and $16,787.50 in attorneys' fees and $402.00 in costs against all Defendants, jointly and severally.

  The Court subsequently entered a further Order, awarding Plaintiff Eric Johnson $75,000 in contract damages plus $2,291.61 in prejudgment interest on the contract damages award against Defendants, jointly and severally, for a total of $77,291.61, for breach of contract.

  Judgment is accordingly entered in favor of Plaintiff Eric Johnson and against Defendants, jointly and severally, for the sum certain of $244,481.11.

  Judgment is further accordingly entered in favor of Plaintiff Eric Johnson and against Defendants Tennyson and APP for the sum certain of $35,000.

**IT IS SO ORDERED.**

Dated: September 20, 2023

The Clerk of Court is directed to terminate ECF No. 64.

_____
Hon. Jesse M. Furman
UNITED STATES DISTRICT JUDGE

2